IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| v. | ) CASE NO. CR408-315 |
| STACEY TREMAINE GOLDEN, a/k/a Big Man, | ) |
| Defendant. | ) |

### ORDER

Before the Court is Defendant Stacey Tremaine Golden's Motion for Temporary Release. (Doc. 572.) Defendant asks the he be temporarily released from custody to visit his stepfather, who is currently suffering from a terminal heart condition. Neither the Government nor the United States Probation Office opposes this request.

After careful consideration, Defendant's Motion is **GRANTED**, subject to the following conditions. Defendant shall be released, on his own recognizance, from the Bulloch County Detention Center on **Thursday, May 21, 2009 at 9:00 a.m.** so that he may visit his stepfather, currently residing at Hospice in Savannah, Georgia. No later than **4:00 p.m. on Thursday, May 21, 2009**, Defendant is to appear for drug testing at the United States Probation Office located at **52 Main Street, Second Floor, Statesboro, Georgia.**[1] **Immediately**

---

1 The United States Probation Office in Statesboro can be reached via telephone at 912-764-8876.

**following the completion of the drug test and his release by the United States Probation Office**, Defendant is to self-report to the Bulloch County Detention Center.

SO ORDERED this 20th day of May, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA