UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:08CR315 |
| ) | |
| STACEY GOLDEN, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This case is before the Court for a preliminary hearing pursuant to Rule 32.1, Fed. R. Crim. P., to determine whether there is probable cause to hold the defendant for a revocation hearing. Based on the evidence presented at the hearing, the Court finds that there is probable cause to believe that the defendant has violated conditions of his supervised release and, therefore, that he should be held for a revocation hearing before the Court holding jurisdiction over this matter.

Based on the evidence presented at the hearing, the Court finds that the probationer is not likely to flee or pose a danger to the community if released pending further proceedings. Fed. R. Crim. P. 46(c); 18 U.S.C. 3143. IT IS HEREBY ORDERED that the defendant be released on a $20,000.00 bond secured by 50% pending the revocation hearing.

**SO ORDERED** this 19TH day of October, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA